Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-198

**Effective Date of Registration:**
June 19, 2025

**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Fastball |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | August 15, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Jimmy Daly |
| **Pseudonym:** | Jim Daly |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jimmy Daly |
| | 2355 Bailey Hill Road, Eugene, OR, 97405, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ansada Licensing Group, LLC |
| **Name:** | Angela Sauro Davis |
| **Address:** | 5438 Lockwood Ridge Road #162 |
| | Bradenton, FL 34203 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-158

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Engineer |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 15, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Jimmy Daly |
| **Pseudonym:** | Jim Daly |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jimmy Daly |
| | 2355 Bailey Hill Road, Eugene, OR, 97405, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ansada Licensing Group, LLC |
| **Name:** | Angela Sauro Davis |
| **Address:** | 5438 Lockwood Ridge Road #162 |
| | Bradenton, FL 34203 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-160

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:**  Tough Love

## Completion/Publication

**Year of Completion:**  1993
**Date of 1st Publication:**  February 25, 2013
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Jimmy Daly
  **Pseudonym:**  Jim Daly
  **Author Created:**  2-D artwork
  **Citizen of:**  United States
  **Pseudonymous:**  Yes

## Copyright Claimant

**Copyright Claimant:**  Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions

**Organization Name:**  Ansada Licensing Group, LLC
**Name:**  Angela Sauro Davis
**Address:**  5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:**  David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-177

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Budding Star

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 07, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Jimmy Daly
  **Pseudonym:** Jim Daly
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Sauro Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061901

