# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JIMMY DALY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05513

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | neimengguguochangwenhuakejiyouxiangongsi |
| 2 | jiangxiguoqingyiliaoqixieyouxiangongsi |
| 3 | tianzhenxianruiminliangyoujiagongyouxiangongsi |
| 4 | SummitMist |
| 5 | xiamenshimomowudianzisha |
| 6 | ciri |
| 7 | huixianshihengkunshangmaoyou |
| 8 | IronTale |
| 9 | dingyuanxianshunyongzhongyangzhijiatingnongchang |
| 10 | Zhoupeng321 |
| 11 | dalianyimanshangmaoyo |
| 12 | Toeiyuen |
| 13 | xuanenshinengxinnengyuanyouxiangongsi |
| 14 | JuShiDengDianZiShangWu |
| 15 | songqiang44 |
| 16 | GeLaSiWangLuoKeJiYangPuYouXianGongSi |
| 17 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 18 | hopefight.com |
| 19 | Velscope E |
| 20 | BLADEGUARDIAN SHOP |
| 21 | MY KITCHENS ALLURE |