Exhibit 1



001 SummitMist



