**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JIMMY DALY,

     Plaintiff,                            Case No.: 1:26-cv-05513

v.                                      Judge Matthew F. Kennelly

THE PARTNERSHIPS AND             Magistrate Judge Beth W. Jantz
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

### DECLARATION OF JIMMY DALY

I, JIMMY DALY, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that creates the Jimmy Daly Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am an artist who paints to evoke memories of childhood and to capture images of an ideal life. I want my paintings to show life as good, honest, wholesome, clean, and full of hope and inspiration. I began my interest in art at a young age painting with watercolors. After a brief stint in the Army and competing on the boxing team, I enrolled at the Art Center College of Design. Immediate interest in my paintings allowed me to devote myself to my art full time. My work has been published as limited edition prints and reproduced as figurines and greeting cards. My paintings appear in the permanent collections of the

1

U.S. Marshall Historical Society, The Old West Museum, the Favell Museum, as well as many private and corporate collections worldwide.

4.      I am the official source of products associated with the Jimmy Daly Works (the "Jimmy Daly Products"):



https://ansadagroup.com/downloads/tag/jim-daly/

5.      I am the owner of the copyright registrations for the Jimmy Daly copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-455-198 and VA 2-455-160 (the "Jimmy Daly Works").

6.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7.      My goodwill and reputation are irreparably damaged when the Jimmy Daly Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use

of the Jimmy Daly copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Jimmy Daly Works and derivative works.

8.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Jimmy Daly Works are meant to be exclusive rights.

9.     The marketing and distribution of the Jimmy Daly Works and derivative works are aimed at growing and sustaining sales. When infringers use the Jimmy Daly Works without authorization, the exclusivity associated with the Jimmy Daly Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

10.     Uncontrolled profiteering and pirating of the Jimmy Daly Works create the impression that the copyright rights associated with the Jimmy Daly Works may be infringed with impunity. The Jimmy Daly Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Jimmy Daly Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Jimmy Daly Works cannot be compensated for financially since it erodes my ability to monetize the Jimmy Daly Works.

11.     I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2026.

*Jimmy R. Daly*

Jimmy Daly

3